# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **Mountain Valley Pipeline, LLC** <br> **vs.** <br> **Easements to Construct, Operate, and Maintain a Natural Gas Pipeline Over Tracts of Land in Giles County, Craig County, Montgomery County, Roanoke County, Franklin County, and Pittsylvania County, Vir et al** | Action Nos:  7:17-cv-492 <br> 7:19-cv-145 <br> 7:20-cv-134 <br> 7:20-cv-135 <br> 7:20-cv-136 <br> 7:21-cv-099 |
| | Date:  11/12/2024 |
| **Mountain Valley Pipeline, LLC** <br> vs. <br> **9.89 Acres of Land Owned by Elizabeth Terry Reynolds** | Judge:  Elizabeth K. Dillon, CUSDJ <br> Court Reporter:  M. Butenschoen <br> Deputy Clerk:  K. Anglim |
| **Mountain Valley Pipeline, LLC** <br> vs. <br> **8.37 Acres of Land, Owned by Frank H. Terry, Jr., et al.** | |
| **Mountain Valley Pipeline, LLC** <br> vs. <br> **13.47 Acres of Land Owned by John Coles Terry, III** | |
| **Mountain Valley Pipeline, LLC** <br> vs. <br> **2.20 Acres of Land owned by Hilah Parks Terry, et al.** | |
| **Mountain Valley Pipeline, LLC** <br> vs. <br> **0.32 Acres of Land Owned by Grace Terry, et al.** | |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Seth Land | Joseph Sherman <br> Charles Lollar, Sr. |

PROCEEDINGS:

Parties present by counsel for oral argument on:

- 7:17-cv-492 MOTION to Strike Lien of Lollar Law by 0.32 Acres of Land, Owned by Grace Minor Terry, 13.47 Acres of Land, Owned by John Coles Terry, III, 2.20 Acres of Land, Owned by Frank H. Terry, Jr., individually and as Executor of the Estate of Hilah Parks Terry, deceased, 8.37 Acres of Land, Owned by Frank H. Terry, Jr., John Coles Terry, III, and Elizabeth Lee Terry, 9.89 Acres of Land, Owned by Elizabeth Lee Terry. (dkt. 1668)
- 7:19-cv-145 MOTION to Strike 29 Notice by Charles Malcolm Lollar, Sr Attorney's Lien by 9.89 Acres of Land, Owned by Elizabeth Lee Terry (dkt.125)
- 7:20-cv-134 MOTION to Strike 6 Notice by Charles Malcolm Lollar, Sr Attorney's Lien by 8.37 Acres of Land, Owned by Frank H. Terry, Jr., John Coles Terry, III, and Elizabeth Lee Terry. (dkt. 163)
- 7:20-cv-135 MOTION to Strike 3 Notice by Charles Malcolm Lollar, Sr Attorney's Lien by 13.47 Acres of Land, Owned by John Coles Terry, III. (dkt. 51)
- 7:20-cv-136 MOTION to Strike 3 Notice by Charles Malcolm Lollar, Sr Attorney's Lien by 2.20 Acres of Land, Owned by Frank H. Terry, Jr., individually and as Executor of the Estate of Hilah Parks Terry, deceased (dkt. 77)
- 7:21-cv-099 MOTION to Strike *Lien of Lollar Law* by 0.32 Acres of Land, Owned by Grace Minor Terry (dkt.71)

Argument, Objections, Rebuttal as reflected in the record.
Judge to take argument under advisement and rule in near future.

Time in Court:   3:00 – 3:33p; 33m